AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )  |
|---|---|
| v. | ) Case: 1:21-mj-00671 |
| Marcos Panayiotou | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 11/30/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Marcos Panayiotou _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building

40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: __11/30/2021__                    _G. Michael Harvey_ Digitally signed by G. Michael Harvey
                                                             Date: 2021.11.30 11:19:39 -05'00'
                                         *Issuing officer's signature*

City and state: _____Washington, D.C._____     G. Michael Harvey, U.S. Magistrate Judge
                                                  *Printed name and title*

---

### Return

This warrant was received on *(date)* __11/30/2021__, and the person was arrested on *(date)* __12/2/21__
at *(city and state)* __WRIGHTSTOWN, NJ__.

Date: __12/2/21__

                                              _____
                                              *Arresting officer's signature*

                                              JAMIE AIELLO, SPECIAL AGENT
                                              *Printed name and title*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: JESSICA S. ALLEN |
| v. | MAGISTRATE NO.: 21-8351 (JSA) |
| MARCOS PANAYIOTOU | DATE OF PROCEEDINGS: 12/2/21 |
| | DATE OF ARREST: 12/2/21 |

PROCEEDINGS: R5 Initial Appearance – District of Columbia

(**X**) COMPLAINT
(**X**) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(**X**) APPT. OF COUNSEL: **X** AFPD  __ CJA
(**X**) WAIVER OF HRG.: **X** PRELIM **X** IDENTITY
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: __ GUILTY __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
(**X**) FINANCIAL AFFIDAVIT EXECUTED/REVIEWED ON THE RECORD
(**X**) OTHER CONSENT TO VIDEO/TELEPHONE CONFERENCE
(**X**) OTHER CONSENT TO E-SIGNATURE
(**X**) OTHER BRADY ORDER

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(**X**) BAIL SET: **$100,000**
(**X**) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
(**X**) TRAVEL RESTRICTED **NJ; D.C. for Court & Attorney visits only**
(**X**) REPORT TO PRETRIAL SERVICES
(**X**) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
(**X**) SURRENDER &/OR OBTAIN NO PASSPORT
(**X**) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.  DATE: _____
( ) DETENTION / BAIL HRG.  DATE: _____
( ) TRIAL: __ COURT __ JURY  DATE: _____
( ) SENTENCING  DATE: _____
( ) OTHER: _____  DATE: _____

APPEARANCES:

AUSA  CHRISTOPHER AMORE

DEFT. COUNSEL  CAROL DOMINGUEZ (AFPD)

PRETRIAL  ELOISA PAREDES

INTERPRETER _____
  Language: ( )

*Defendant Ordered to appear in D.C. for IA via Video Conferencing on either December 9th or December 14th. Defense Counsel to confirm.*

Time Commenced: 2:30 p.m.
Time Terminated: 3:15 p.m.
CD No: Zoom

*Jessica Batista*
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARCOS PANAYIOTOU,<br>         Defendant. | Case No. 21-MJ-8351 (JSA)<br><br>**ORDER** |

     Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, and as set forth on the record during the initial appearance of the defendant on this 2nd day of December, 2021, in the presence of both the prosecutor and defense counsel in this matter, the Court confirms the United States' continuing obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, the Court's order to produce information, the granting of a continuance, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

                                                         /s/ Jessica S. Allen
                                                        Honorable Jessica S. Allen
                                                        United States Magistrate Judge

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 21-MJ-8351 (JSA) |
| MARCOS PANAYIOTOU | ) | |
| *Defendant* | ) | |

**APPEARANCE BOND**

**Defendant's Agreement**

I, MARCOS PANAYIOTOU *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

**Type of Bond**

(   ) (1) This is a personal recognizance bond.

(**X**) (2) This is an unsecured bond of **$100,000**.

(   ) (3) This is a secured bond of $_____, secured by:

    (   ) (a) $_____, in cash deposited with the court.

    (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property
            *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

**Forfeiture or Release of the Bond**

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 12/2/21

*s/Marcos Panayiotou*
Defendant's signature

_____  _____
Surety/property owner – printed name    Surety/property owner – signature and date

_____  _____
Surety/property owner – printed name    Surety/property owner – signature and date

_____  _____
Surety/property owner – printed name    Surety/property owner – signature and date

CLERK OF COURT

Date: 12/2/21

s/jb
Signature of Deputy Clerk

Approved.

Date: 12/2/21

/s/ Jessica S. Allen
Judge's Signature

**Honorable Jessica S. Allen. U.S.M.J**

# UNITED STATES DISTRICT COURT
## for the District of New Jersey

| | |
|---|---|
| United States of America | |
| v. | **ORDER SETTING CONDITIONS OF RELEASE** |
| MARCOS PANAYIOTOU | Case Number: 21-MJ-8351 (JSA) |
| Defendant | |

IT IS ORDERED on this <u>2nd</u> day of <u>DECEMBER,</u> 2021 that the release of the defendant is subject to the following conditions:
  (1) The defendant must not violate any federal, state or local law while on release.
  (2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
  (3) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address and/or telephone number.
  (4) The defendant must appear in court as required and must surrender to serve any sentence imposed.

**Release on Bond**

Bail be fixed at **$100,000** and the defendant shall be released upon:

  (**X**) Executing an unsecured appearance bond ( ) with co-signor(s)_____;
  ( ) Executing a secured appearance bond ( ) with co-signor(s)_____, and
       ( ) depositing in cash in the registry of the Court____% of the bail fixed; and/or ( ) execute an agreement to forfeit designated property located at_____. Local Criminal Rule 46.1(d)(3) waived/not waived by the Court.
  ( ) Executing an appearance bond with approved sureties, or the deposit of cash in the full amount of the bail in lieu thereof;

**Additional Conditions of Release**

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community. It is further ordered that the release of the defendant is subject to the condition(s) listed below:

IT IS FURTHER ORDERED that, in addition to the above, the following conditions are imposed:
  (**X**) Report to Pretrial Services ("PTS") as directed and advise them immediately of any contact with law enforcement personnel, including but not limited to, any arrest, questioning or traffic stop.
  ( ) The defendant shall not attempt to influence, intimidate, or injure any juror or judicial officer; not tamper with any witness, victim, or informant; not retaliate against any witness, victim or informant in this case.
  ( ) The defendant shall be released into the third party custody of _____

  *who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.*

  Custodian Signature: _____  Date: _____

PAGE 1 OF 3

(**X**) The defendant's travel is restricted to (**X**) New Jersey (**X**) Other <u>Washington, D.C. for Court & Attorney visits only</u>
(**X**) unless approved by Pretrial Services (PTS).

(**X**) Surrender all passports and travel documents to PTS.  Do not apply for new travel documents.

(**X**) Substance abuse testing and/or treatment as directed by PTS. Refrain from obstructing or tampering with substance abuse testing procedures/equipment.

(**X**) Refrain from possessing a firearm, destructive device, or other dangerous weapons.  All firearms in any home in which the defendant resides shall be removed within 24 hours and verification provided to PTS.  This includes Purchaser's ID and Permits.

( ) Mental health testing/treatment as directed by PTS.

( ) Abstain from the excessive use of alcohol.

( ) Maintain current residence or a residence approved by PTS.

(**X**) Maintain or actively seek employment.

( ) No contact with minors unless in the presence of a parent or guardian who is aware of the present offense.

( ) Have no contact with the following individuals: _____

( ) Defendant is to participate in one of the following home confinement program components and abide by all the requirements of the program which  ( ) will or ( ) will not include electronic monitoring or other location verification system.

   ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or

   ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for the following: education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer.  Additionally, employment ( ) is permitted  ( ) is not permitted.

   ( ) (iii) **Home Incarceration.** You are restricted to your residence under 24 hour lock-down except for medical necessities and court appearances, or other activities specifically approved by the court.

   ( ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

   ( ) Pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ) Defendant is subject to the following computer/internet and network restrictions which may include manual inspection, and/or the installation of computer monitoring software, as deemed appropriate by Pretrial Services. The defendant consents to Pretrial Services' use of electronic detection devices to evaluate the defendant's access to wi-fi connections.

   ( ) (i) **No Computers** - defendant is prohibited from possession and/or use of computers or connected devices.

   ( ) (ii) **Computer - No Internet Access**: defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc);

   ( ) (iii) **Computer With Internet Access:** defendant is permitted use of computers or connected devices, and is permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc.) for legitimate and necessary purposes pre-approved by Pretrial Services at [ ] home [ ] for employment purposes.

   ( ) (iv) **Consent of Other Residents** -by consent of other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services, password protected by a third party custodian approved by Pretrial Services, and subject to inspection for compliance by Pretrial Services.  Home computer networks are subject to inspection for compliance by Pretrial Services.

(**X**) Other: <u>Appear at all and any future Court proceedings in Washington, D.C., whether in-person or via Video Conference.</u>

(**X**) Other: <u>Due to the COVID-19 pandemic, the Defendant has not yet been processed by the United States Marshals Service (USMS) for the instant arrest. The Defendant shall report to the USMS in Newark, NJ for processing at a date to be determined.</u>

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

*s/Marcos Panayiotou*
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

(X) The defendant is ORDERED released after processing.
(  ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 12/2/21

/s/ Jessica S. Allen
*Judicial Officer's Signature*

**Honorable Jessica S. Allen, U.S.M.J.**
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 21-MJ-8351 (JSA) |
| MARCOS PANAYIOTOU ) | |
| ) | Charging District's Case No. 1:21-MJ-671-GMH |
| *Defendant* ) | |

**WAIVER OF RULE 5 & 5.1 HEARINGS**
**(Complaint or Indictment)**

I understand that I have been charged in another district, the *(name of other court)* DISTRICT OF COLUMBIA.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 12/02/2021

s/Marcos Panayiotou
*Defendant's signature*

s/Carol Dominguez
*Signature of defendant's attorney*

Carol Dominguez, AFPD
*Printed name of defendant's attorney*

Query    Reports    Utilities    WorkFlow    Schedule    Help    What's New
Log Out

CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CRIMINAL DOCKET FOR CASE #: 2:21-mj-08351-JSA All Defendants

Case title: USA v. PANAYIOTOU

Date Filed: 12/02/2021

Other court case number: 1:21-mj-671-GMH DISTRICT OF COLUMBIA

Date Terminated: 12/02/2021

Assigned to: Magistrate Judge Jessica S. Allen

**Defendant (1)**

MARCOS PANAYIOTOU
*TERMINATED: 12/02/2021*

represented by **CAROL DOMINGUEZ**
FEDERAL PUBLIC DEFENDERS OFFICE
1002 BROAD ST
NEWARK, NJ 07103
973-645-6347
Fax: 973-645-3101
Email: carol_gillen@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or

**Disposition**

Grounds; 18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building; 40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

**Plaintiff**

| USA | represented by | **CHRISTOPHER D. AMORE** |
| TERMINATED: 12/02/2021 | | OFFICE OF THE U.S. ATTORNEY |
| | | DISTRICT OF NEW JERSEY |
| | | 970 BROAD STREET |
| | | SUITE 700 |
| | | NEWARK, NJ 07102 |
| | | 973-645-2700 |
| | | Email: christopher.amore@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2021 | | Arrest (Rule 5) of MARCOS PANAYIOTOU. (jbb) (Entered: 12/06/2021) |
| 12/02/2021 | 2 | Minute Entry for proceedings held before Magistrate Judge Jessica S. Allen: Initial Appearance in Rule 5 Proceedings as to MARCOS PANAYIOTOU held on 12/2/2021. (Court Reporter/Recorder: ZOOM) (jbb) (Entered: 12/06/2021) |
| 12/02/2021 | 3 | ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING as to MARCOS PANAYIOTOU. Signed by Magistrate Judge Jessica S. Allen on 12/2/21. (jbb) (Entered: 12/06/2021) |
| 12/02/2021 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to MARCOS PANAYIOTOU - CAROL DOMINGUEZ for MARCOS PANAYIOTOU appointed. Signed by Magistrate Judge Jessica S. Allen on 12/2/21. (jbb) (Entered: 12/06/2021) |
| 12/02/2021 | 6 | ORDER Setting Conditions of Release as to MARCOS PANAYIOTOU (1) $100,000 UNSECURED (Finance notified). Signed by Magistrate Judge Jessica S. Allen on 12/2/21. (jbb) (Entered: 12/06/2021) |
| 12/02/2021 | 7 | Appearance Bond Entered as to MARCOS PANAYIOTOU in amount of $100,000 UNSECURED. (jbb) (Entered: 12/06/2021) |
| 12/02/2021 | 8 | WAIVER of Rule 5 Hearings by MARCOS PANAYIOTOU. (jbb) (Entered: 12/06/2021) |
| 12/02/2021 | 9 | BRADY ORDER as to MARCOS PANAYIOTOU. Signed by Magistrate Judge Jessica S. Allen on 12/2/21. (jbb) (Entered: 12/06/2021) |
| 12/02/2021 | | Notice to DISTRICT OF COLUMBIA of a Rule 5 Initial Appearance as to MARCOS PANAYIOTOU. Your case number is: 1:21-MJ-671-GMH. You may obtain the original record by accessing CM/ECF through PACER [NJ Case Number: 2:21-MJ-8351-JSA]. (If you require certified copies of any documents, please send a request to InterdistrictTransfer_NJD@njd.uscourts.gov) (jbb) (Entered: 12/06/2021) |