# EXHIBIT A

*Marisa Panayiotou . Wrightstown . New Jersey*

_____

November 21, 2022

Dear Judge Dabney L. Friedrich,

I have laid awake at night for months now, imagining I could talk to you.  I wish you could see the person I know.  For this, please accept this letter.

Marcos and I have been married for 5 years. We got married after his U.S. Marines assignment to California.  We traveled there and have ultimately ended up back home in Jersey and recently purchased our home.  Little by little, we keep achieving our marriage hopes and dreams for our life and are happy.

It was me who shared the video of Marcos walking around the Capitol Building and I admitted that to law enforcement.  And it was my friends who contacted law enforcement to identify Marcos.

I tell you this because when police showed up at our house a year later to arrest Marcos, our world was turned on its head.  And it is not that Marcos got caught or that he was charged, we figured he'd get some legal summons or something in the mail but instead, police ravaged our home.  After the shock and fear, it was the amount of hate and disdain directed towards us that hurt. Despite trying to explain that Marcos did not touch anyone or anything, he has been branded a horrendous criminal and person.

What we have endured since then, is nothing I ever imagined because my husband is the most caring man I've ever met. Since we got married, he has done everything to make sure our fur babies and I have a secure & happy life.

Marcos is extremely hard working & intelligent. He is a great example of what a husband should look like.  We both work and he still owns up to his end of the fair share of our life's obligations.  On top of that, Marcos never forgets to take extra time to make me feel special by taking me out & constantly reminding me how much he loves me. I honestly don't know how I'd survive without him.

Marcos makes a deep impression on everyone he meets & everyone loves & respects him. My parents loved him right away because they saw what kind of man he was, responsible, caring, loving, & kind. They couldn't have picked a better son-in-law themselves.

While I am not proud of the circumstances that bring us before this court, I assure you that nothing of this will ever happen again. This is not the man I married. Or at least how he's being portrayed as this almost savage of a person who has no moral compass or heart or respect for our country and our laws.  Marcos is a good person, will

be a great dad, and will forever be scarred by this conviction.  I hope that is enough. He has learned his lesson and regrets doing what he did.

Prison is not the answer.

Judge Friedrich, prison is where criminals meet other criminals and those associations can never be good.

My husband does deserve to be punished and I would ask that at most he be allowed to be home on home confinement, he can do community service, we can even curb our finances to pay a fine.

Finally Judge, be assured that Marcos is not alone, I will ensure he never ends up here again and will stand with him to the ends of the earth & I thank God for bringing him into my life every day. I will continue to support him for as long as I live & I know he will do the same for me.

Thank you for your time, I know how busy you are.

Sincerely,

s/ *Marisa Panayiotou*

Marisa Panayiotou

